**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-6478**

─────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

SHANNON L. STAFFORD,

        Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:17-cr-00380-CCB-1; 1:21-cv-01204-CCB)

─────────

Submitted:  September 14, 2023                    Decided: September 18, 2023

─────────

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Shannon L. Stafford, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shannon L. Stafford seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Stafford has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2